2nd TIME FILING

<u>Pro Se 1 (Rev. 12/16) Complaint for a Civil Case</u>

2 TIME FILING

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

SCANNED

| | )
Joel B. Ahia |  )   Case No. 23-CV-236-KD-MU
_____ | )   *(to be filled in by the Clerk's Office)*
Plaintiff(s) | )
*(Write the full name of each plaintiff who is filing this complaint.* | )   Jury Trial: *(check one)* ☑Yes ☐No
*If the names of all the plaintiffs cannot fit in the space above,* | )
*please write "see attached" in the space and attach an additional* | )
*page with the full list of names.)* | )
-v- | )
Estabrook Ford Doing | )
Bussiness As ( Becase of A Bomb) | )
Cannon Ford | )
_____ | )
Defendant(s) | )
*(Write the full name of each defendant who is being sued.  If the* | )
*names of all the defendants cannot fit in the space above, please* | )
*write "see attached" in the space and attach an additional page* | )
*with the full list of names.)* | )

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Joel B. Ahia
Street Address          7060 Walther Rd.
City and County         Grandbay Mobile
State and Zip Code      Alabama 36541
Telephone Number        228-938-8403
E-mail Address          Joel b. Ahia

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Cannon Ford ET. Al.

Job or Title *(if known)* — Auto Sales And Service

Street Address — 3689 14th Street

City and County — Pascagoula Jackson

State and Zip Code — Mississippi 39567

Telephone Number — (228)-202-1692

E-mail Address *(if known)*

Defendant No. 2

Name — Randy (Doe) Niel

Job or Title *(if known)* — Retired

Street Address — 3901 Regent Ave.

City and County — Moss Point Jackson

State and Zip Code — Mississippi 39563

Telephone Number — (228) 363-6699

E-mail Address *(if known)*

Defendant No. 3

Name — David Jackson

Job or Title *(if known)* — Retired Man

Street Address — Grandbay Wilmer Old House of Hill Bro

City and County — Grandbay Mobile

State and Zip Code — Alabama 36541

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — Chad Hutchinson

Job or Title *(if known)* — Ret.

Street Address — Old Hill Brother Coffee on Grandbay Wil

City and County — Grandbay Mobile

State and Zip Code — Alabama 36541

Telephone Number — Grandbay Hill Brother Mansion

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

~~ByRds Automotive now~~
~~Coastal Automotive~~
~~Works on Police Cars~~
~~1214 Live Oak Ave,~~
~~Pascagoula~~
~~Mississippi~~
~~(228) 4546~~

Defendant No. 5

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

ByRds Automotive now
Coastal Automotive
Works on Police cars
1214 Live Oak Ave.
Pascagoula / Jackson
Mississippi (39567
(228) 762- 7546

Defendant No. 6

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Transmission Miagician
Works on Transmission
5750 Three notch Rd.
Mobile / Mobile
Alabama / 36619
(251)- 666 - 0730

Defendant No. 7

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

J-K Green
Works on Autos ~~Boats~~
3325 Barb Ave.
Pascagoula/ Jackson
Mississippi / 39581
(228) 769- 2719

Page 2 of 5



8. SAFECO, INSURANCE
Agent, Chandra Anderson / Jasmine Fisher
1001 4th AVE.
SEATTLE / King County
WASHINGTON / 98154
1-800-332-3226

9. Thornton (DOE)
705 LIVE OAK AVE.
PASCAGOULA / JACKSON
MISSISSIPPI / 39567
(228)-769-9768

10. (John doe) BLACK MAN, LIVES WITH Chad
SSI
3901
GRANDBAY / mobile
Alabama / 36541

11. TRANSISSION MAGICIANS
FIX TRANSMISSIONS
5750 THREE Notch Rd.
Mobile / Mobile
Alabama / 36619

12. Chad Hutchinson
REF. AFTER MY SURGERY Phelped

GRANDBAY / Mobile
Alabama / 36541



9. 13. Thomas (Doe) Dutton or String Fellow
       SSI DISABILITY
       3901 Regent Ave.
       Moss Point / Jackson
       Mississippi / 39563
       228 - 363 - 6607

10. 14. Paul Re'Ally
        SSI
        3901 Regent Ave.
        Moss point / Jackson
        Mississippi / 39563
        (228) - 363 - 6607

11. 15. Delilah Sayer (Doe) Sayre
        SSI
        3901 Regent Ave.
        Moss point / Jackson
        Mississippi / 39563
        (228) - 363 - 6607

12. 13. Jerry Minchew
        Disability
        3901 Regent Ave.
        Moss point / Jackson Co.
        Mississippi / 39563

14. Cheap Butts
    STORE
    Moss point / Jackson
    Mississippi / 39563
    7620 Highway 113
    228 - 475 - 7318

17. Matt Flungham & ~~Cathy Flungham~~
Hides }   REAL Estate Attorney          HE WAS IN
Land }      906 Convent Ave.           MY A HICT
Randy & }  PASCAGOULA / JACKSON        I have pics
David & }   MISSISSIPPI/ 39567
Chad. }     (228) - 762 - 2100

18. TRENT Lott JR. & ~~SECRETARY~~
        ATTORNEY At LAW
        PASCAGOULA / JACKSON
        MISSISSIPPI/ 39567
LIEd FOR PAUL Re'Ally to CASH A check on
        JOEL B. AHIA Fund.

    LARGE Animal Clinic
19. Animal VET.  Supplied lARGE Amounts ok KETAMINE
    7212 M-S 613, Moss point
    Moss point / JACKSON
    MISSISSIPPI/ 39563
    (USEd on ME) (228) 475 - 8881

20. ~~STEVE~~   MIKE (DOE) MARTYINSO
    took out A hit on ME FOR $200.00 PAUL Re'Ally
        Moss point / JACKSON
        MISSISSIPPI/ 39563
BECAUSE the Bomb, It wAS done FOR RANdy, NEIL
    MRS. SUSIE wAtched As PAUL RE'Ally
gAVE him $1200.00 to Fight ME while
Thomas (DOE) Dutton, STEVE (DOE) HAVARd, A
BlAck tAsk FORCE Agent (Jhone DOE) And his young
Boy FRIENd, JERRY MinchEW, All held LASER
pOINtERS on ME, And my ARMS while he
hIt ME, Then onE oF Them put It on my
lEg And I Fell, got up And I hAVE A witness



21 STEVE (DOE) HAVARD
A BADGE, But A CIVILIAN
3901 REGENT AVE.
Moss Point / JACKSON
MISSISSIPPI| 39563
(228)-363-6607

22 TANYA PIROUX Agency
INSURANCE SALES
1096 JACKSON AVE.
PASCAGOULA / JACKSON
MISSISSIPPI| 39567
(228)-769-0560

23 DALE HARKEY — KETAMINED ME AT TAX
3104 MAGNOLIA St.                    ASSESSORS
PASCAGOULA / JACKSON                 1,000 mg
MISSISSIPPI| 39567                   TRIED to
(228)-769-3262                       KILL ME

24 (John DOE) TASK FORCE
WAS WITH DALE HARKEY AS he shot ME
WITH 1000 units OF KETAMINE
   NICK ELMORE
JACKSON CO. TAX ASSESSOR -
   (228)-769-3070
2915 CANTY STREET
PASCAGOULA / JACKSON
MISSISSIPPI| 39567-0998



24. NICK ElMoRE   ChAnged
25. TAX ASSESSOR
2915 LAnty StREEt
PASCAgoulA| JACKSon
MISSISSIPPI |3956́7 ᴿ

26. KEVIn MIllER
2915 CAnty stREEt
PASCAgoulA| JACKSon
MISSISSIPPI| 39567

27. John PItts JR.
dROVE thE tRUCK, thAt hIS COUSIn ShOt KETAMInE
7709 BARNS. Rd.
Moss poInt | JACKSon
MISSISSIPPI 39563

28. ARChIE PItts   ShOt ME WITh KETIMInE
ShOt KETAMInE On mE
7709 BARNES Rd.
Moss poInt | JACKSon Co.
MISSISSIPPI 39567

6|26|2023

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

25 QuadRAMIllIon dollARS

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
          The plaintiff, *(name)* JOE l AHIA , is a citizen of the
          State of *(name)* AlAbAMA .

    b.    If the plaintiff is a corporation
          The plaintiff, *(name)* _____ , is incorporated
          under the laws of the State of *(name)* _____ ,
          and has its principal place of business in the State of *(name)* _____
          _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
          The defendant, *(name)* _____ , is a citizen of
          the State of *(name)* _____ . Or is a citizen of
          *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* CANNON Ford ET, Al. is incorporated under

the laws of the State of *(name)* MISSISSIPPI , and has its

principal place of business in the State of *(name)* MISSISSIPPI .

Or is incorporated under the laws of *(foreign nation)* ⊖ ,

and has its principal place of business in *(name)* PASCAGOULA, MS.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

MY lIFE IS WORTH to ME About 25 QuAdRAMIllIon dollARS AND I LOOKE down IN this BomB AndIt WAS C-4

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

CANNON FORd lIEd to ME, dRAINEd MY bAttERY got ME to gEt MobIl WREKER oR towINg to tAKE My tRuck homE, ByRds who Is now CoAStAl AutomotIvE CAME to my house whEN I JuSt lEft My tRuck thERE So CoAStAl AutomotIvE on thEIR own CAmE And pIckEd up my tRuck with thE BomB, And took It to tRANsmission MAGICIAN AcRoss thE AlAbAmA lINE, puttINg It up AGAINst thE BAcK wAll, tRANsmission MAGICIAN Told mE to go CRANK It, somEonE muSt hAvE put A BAtERY IN It, but I pullEd It homE And FounD

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. My TRuCK IS now tORN up By dEFENdANTS I cut All thE wIRES to gEt thE BomB out And took It to J.K gREEN to FIX, but AFTER hE put thE wIRES BAcK, RANdY NEIl cAllEd hIm And to tEAR It up, And pAId hEm. I hAd AlREAdy pAId hIm, but thEn hE told mE to comE gEt My TRuCK, And I KNow thEY oR hE put A CumputER on It And toRE It up ovER monEY FRom RANdY NEIl And dAvId JACKSoN muSt AlSo hAvE ownERShIp oF cANNon FORd FRom monEY thEY got to put

The BomB

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     6/25/2023

Signature of Plaintiff

Printed Name of Plaintiff     JoEl B. AHIA

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney     JoEl B. AHIA

Bar Number     WAiTing on It

Name of Law Firm     JoEl B. AHIA

Street Address     7060 WAlTHeR Rd.

State and Zip Code     AlAbAmA | 36541

Telephone Number     (228)-938-8403

E-mail Address     JoEl b. AHIA