IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | ) |
| Plaintiff, | ) |
| v. | ) 1:23-CV-238-KD-MU |
| CANNON FORD *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 4) is **ADOPTED** as the opinion of this Court.

Accordingly, It is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, prior to service of process.

**DONE** this 3rd day of November, 2023.

                                                       s/ Kristi K. DuBose
                                                  UNITED STATES DISTRICT JUDGE