IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | ) |
| Plaintiff, | ) |
| v. | ) 1:23-CV-238-KD-MU |
| CANNON FORD *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE,** prior to service of process.

**DONE** this 3rd day of November 2023.

                          s/ Kristi K. DuBose
                      UNITED STATES DISTRICT JUDGE

3